UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MILLENNIUM PHARMACY SYSTEMS, LLC, | : | CIVIL ACTION |
| *Plaintiff* | : | |
| v. | : | |
| MAPA OPERATING, LLC et al., | : | NO. 19-2428 |
| *Defendants* | : | |

## ORDER

**AND NOW**, this 30th day of December, 2019, upon consideration of Plaintiff's Motion for Appointment of Private Process Server (Doc. No. 16), it is **ORDERED** that the Motion (Doc. No. 16) is **DENIED WITHOUT PREJUDICE** as outlined in the Court's accompanying Memorandum.

BY THE COURT:

GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE